UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   BAGNALL, ADAM | § § § | Case No. 08-13451 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/26/2013 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>02/26/2013</u>   By:   <u>/s/Glenn R. Heyman</u>
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: BAGNALL, ADAM | § | Case No. 08-13451 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $      600,000.00 |
| *and approved disbursements of* | $      204,296.95 |
| *leaving a balance on hand of* [1] | $      395,703.05 |
| **Balance on hand:** | $      395,703.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $      0.00 |
| Remaining balance: | $      395,703.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 14,783.61 | 0.00 | 14,783.61 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 9,124.50 | 0.00 | 9,124.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 144.60 | 0.00 | 144.60 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $      24,052.71 |
| Remaining balance: | $      371,650.34 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 371,650.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 371,650.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,109.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 1,959.36 | 0.00 | 1,959.36 |
| 2 | American InfoSource LP as agent for | 150.17 | 0.00 | 150.17 |

Total to be paid for timely general unsecured claims: $ 2,109.53
Remaining balance: $ 369,540.81

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 369,540.81

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 369,540.81

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 2.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $213.08. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $369,327.73.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
_____
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                         Case No. 08-13451-JBS
Adam Bagnall                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                 Page 1 of 2                  Date Rcvd: Feb 27, 2013
                              Form ID: pdf006              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2013.
db           +Adam Bagnall,    4845 W. Jerome,    Skokie, IL 60077-3315
12271235     +Ameren IP,    PO BOX 6250,   Madison, WI 53716-0250
12271237      Bank of America,    4060 Ogletown Stan,   DE5-019-03-07,   Newark, DE   19713
12271238     +Brad J. Pawlowski,    6584 N. Northwest Hwy.,   Chicago, IL 60631-1415
12271239     +Comcast,   PO Box 3002,    Southeastern, PA 19398-3002
12271240     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
               (address filed with court:   Illinois Department of Revenue,    PO Box 19043,
                 Springfield, IL  62794)
12271241     +LaSalle Bank,    135 S. LaSalle St.,   Chicago, IL 60603-4514
12271242     +Macy's,   PO Box 100789,    Birmingham, AL 35210-0789
12271243     +Suburban Credit Corporation,    6142 Franconia Rd.,   PO Box 30640,   Alexandria, VA 22310-8640
12271244     +T-Mobile,   PO Box 790047,    Saint Louis, MO 63179-0047
12271245     +UIC Dept. of Pathology,    840 S. Wood,   Suite 130 CSN,   Chicago, IL 60612-4325
12271246     +UIC Dept. of Psychiatry,    912 S. Wood,   Chicago, IL 60612-4300
12271247     +UIC Dept. of Surgery,    2250 E. Devon Suite 352,   Des Plaines, IL 60018-4521
12271248     +UIC Medical Center,    PO Box 12199,   Chicago, IL 60612-0199
12271249     +UIC Pharmaceutical Care Center,    840 S. Wood St.,   Rm 163,   Chicago, IL 60612-4325
12271250     +UIC Physicians Group,    135 S. LaSalle,   Box 3293,   Chicago, IL 60674-1000
12271251     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,   MAIL LOCATION CN-W,   425 Walnut St.,
                 Cincinnati, OH  45202)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17892497      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2013 03:07:15
               American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
17664610      E-mail/Text: resurgentbknotifications@resurgent.com Feb 28 2013 02:54:32      Roundup Funding, LLC,
                 MS 550,   PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12271236*    +Adam Bagnall,    4845 W. Jerome,   Skokie, IL 60077-3315
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2013**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: froman                Page 2 of 2                  Date Rcvd: Feb 27, 2013
                               Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2013 at the address(es) listed below:

```
              Brad J Pawlowski    on behalf of Debtor Adam  Bagnall brad@go2court.com
              Glenn R Heyman, ESQ    gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Glenn R Heyman, ESQ    on behalf of Trustee Glenn R Heyman, ESQ gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Jay A Steinberg, ESQ    jsteinberg@foley.com,   steinbergbktrustee@ameritech.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```