# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BAGNALL, ADAM § Case No. 08-13451
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,500.00          Assets Exempt: $6,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,322.61     Claims Discharged
                                               Without Payment: $424,480.00

Total Expenses of Administration: $228,349.66

---

3) Total gross receipts of $ 600,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 369,327.73 (see **Exhibit 2**), yielded net receipts of $230,672.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 228,349.66 | 228,349.66 | 228,349.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 426,578.00 | 2,322.61 | 2,322.61 | 2,322.61 |
| **TOTAL DISBURSEMENTS** | $426,578.00 | $230,672.27 | $230,672.27 | $230,672.27 |

   4)  This case was originally filed under Chapter 7 on May 27, 2008. The case was pending for 60 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2013          By: /s/GLENN R. HEYMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim | 1242-000 | 600,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$600,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BAGNALL, ADAM | Dividend paid 100.00% on $369,327.73; Claim# SURPLUS; Filed: $369,327.73; Reference: | 8200-002 | 369,327.73 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$369,327.73** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 14,783.61 | 14,783.61 | 14,783.61 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 9,124.50 | 9,124.50 | 9,124.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 144.60 | 144.60 | 144.60 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 32.78 | 32.78 | 32.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 137.22 | 137.22 | 137.22 |
| Weitz & Luxenberg, PC | 3210-600 | N/A | 193,779.90 | 193,779.90 | 193,779.90 |
| Weitz & Luxenberg, PC | 3220-610 | N/A | 9,006.99 | 9,006.99 | 9,006.99 |
| Rabobank, N.A. | 2600-000 | N/A | 832.55 | 832.55 | 832.55 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 507.51 | 507.51 | 507.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$228,349.66** | **$228,349.66** | **$228,349.66** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | 1,959.00 | 1,959.36 | 1,959.36 | 1,959.36 |
| 1I | Roundup Funding, LLC | 7990-000 | N/A | 197.91 | 197.91 | 197.91 |
| 2 | American InfoSource LP as agent for | 7100-000 | 139.00 | 150.17 | 150.17 | 150.17 |
| 2I | American InfoSource LP as agent for | 7990-000 | N/A | 15.17 | 15.17 | 15.17 |
| NOTFILED | UIC Dept. of Psychiatry | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | UIC Dept. of Pathology | 7100-000 | 7,499.00 | N/A | N/A | 0.00 |
| NOTFILED | UIC Dept. of Surgery | 7100-000 | 26,819.00 | N/A | N/A | 0.00 |
| NOTFILED | UIC Pharmaceutical Care Center | 7100-000 | 10,932.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | UIC Medical Center | 7100-000 | 313,012.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 10,372.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Credit Corporation | 7100-000 | 530.00 | N/A | N/A | 0.00 |
| NOTFILED | UIC Physicians Group | 7100-000 | 52,948.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | MACY's | 7100-000 | 334.00 | N/A | N/A | 0.00 |
| NOTFILED | LaSalle Bank | 7100-000 | 844.00 | N/A | N/A | 0.00 |
| NOTFILED | Ameren IP | 7100-000 | 254.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 226.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $426,578.00 | $2,322.61 | $2,322.61 | $2,322.61 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-13451  **Trustee:** (330360) GLENN R. HEYMAN
**Case Name:** BAGNALL, ADAM  **Filed (f) or Converted (c):** 05/27/08 (f)
 **§341(a) Meeting Date:**
**Period Ending:** 06/12/13  **Claims Bar Date:** 11/01/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  cash on hand<br>Orig. Asset Memo: Orig. Description: cash on hand Location: In debtor's possession; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 2  checking account Washington Mutual<br>Orig. Asset Memo: Orig. Description: checking account Washington Mutual Location: In debtor's possession; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3  used household goods and furnishings<br>Orig. Asset Memo: Orig. Description: used household goods and furnishings Location: In debtor's possession; Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 4  used clothes<br>Orig. Asset Memo: Orig. Description: used clothes Location: In debtor's possession; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5  1997 Honda Accord<br>Orig. Asset Memo: Orig. Description: 1997 Honda Accord Location: In debtor's possession; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6  Personal injury claim  (u) | 1.00 | 1.00 | | 600,000.00 | FA |
| **6   Assets   Totals** (Excluding unknown values) | **$4,501.00** | **$201.00** | | **$600,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/28: Personal injury claim against the company who makes hydroxycut.   Have retained atty in NYC as special counsel. (dk)
12/30/2011: Personal injury claim still pending.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013       **Current Projected Date Of Final Report (TFR):**    February 26, 2013  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-13451 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | BAGNALL, ADAM | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******31-65 - Checking Account |
| Taxpayer ID #: | **-***1324 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/12/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/13/12 | {6} | Federal Insurance Company | Partial payment of Hydroxycut Settlement | 1242-000 | 30,000.00 | | 30,000.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.78 | 29,967.22 |
| 12/26/12 | {6} | Chubb Group of Insurance Companies | PI Settlement payment on behalf of Bactolac Pharmaceutical, Inc. | 1242-000 | 30,000.00 | | 59,967.22 |
| 12/26/12 | {6} | Chubb Group of Insurance Companies | PI Settlement payment on behalf of Vitaquest Int'l LLC | 1242-000 | 36,000.00 | | 95,967.22 |
| 12/26/12 | {6} | Zurich American Insurance Company | PI Settlement payment on behalf of HVL LLC | 1242-000 | 54,000.00 | | 149,967.22 |
| 12/26/12 | {6} | Iovate Health Sciences Int'l Inc. | PI Settlement payment for Hydroxycut lawsuit | 1242-000 | 450,000.00 | | 599,967.22 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 137.22 | 599,830.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033036088 20130103 | 9999-000 | | 599,830.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 600,000.00 | 600,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 599,830.00 | |
| | | | Subtotal | | 600,000.00 | 170.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $600,000.00 | $170.00 | |

{} Asset reference(s)

Printed: 06/12/2013 11:52 AM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-13451  
**Case Name:** BAGNALL, ADAM  
**Taxpayer ID #:** **-***1324  
**Period Ending:** 06/12/13  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****721365 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 599,830.00 | | 599,830.00 |
| 01/11/13 | 11001 | Weitz & Luxenberg, PC | Special Counsel Legal Fees | 3210-600 | | 193,779.90 | 406,050.10 |
| 01/11/13 | 11002 | Weitz & Luxenberg, PC | Special Counsel Legal Expenses | 3220-610 | | 9,006.99 | 397,043.11 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 832.55 | 396,210.56 |
| 02/07/13 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-13451, Bond number 016026455 | 2300-000 | | 507.51 | 395,703.05 |
| 03/26/13 | 11004 | GLENN R. HEYMAN | Dividend paid 100.00% on $14,783.61, Trustee Compensation; Reference: | 2100-000 | | 14,783.61 | 380,919.44 |
| 03/26/13 | 11005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $9,124.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 9,124.50 | 371,794.94 |
| 03/26/13 | 11006 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $144.60, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 144.60 | 371,650.34 |
| 03/26/13 | 11007 | Roundup Funding, LLC | Dividend paid 100.00% on $1,959.36; Claim# 1; Filed: $1,959.36; Reference: | 7100-000 | | 1,959.36 | 369,690.98 |
| 03/26/13 | 11008 | American InfoSource LP as agent for | Dividend paid 100.00% on $150.17; Claim# 2; Filed: $150.17; Reference: | 7100-000 | | 150.17 | 369,540.81 |
| 03/26/13 | 11009 | Roundup Funding, LLC | Dividend paid 100.00% on $197.91; Claim# 1I; Filed: $197.91; Reference:Interest on Claim | 7990-000 | | 197.91 | 369,342.90 |
| 03/26/13 | 11010 | American InfoSource LP as agent for | Dividend paid 100.00% on $15.17; Claim# 2I; Filed: $15.17; Reference:Interest on claim | 7990-000 | | 15.17 | 369,327.73 |
| 03/26/13 | 11011 | BAGNALL, ADAM | Dividend paid 100.00% on $369,327.73; Claim# SURPLUS; Filed: $369,327.73; Reference: | 8200-002 | | 369,327.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 599,830.00 | 599,830.00 | $0.00 |
| | | | Less: Bank Transfers | | 599,830.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 599,830.00 | |
| | | | Less: Payments to Debtors | | | 369,327.73 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$230,502.27** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-13451 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | BAGNALL, ADAM | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****721365 - Checking Account |
| Taxpayer ID #: | **-***1324 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/12/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   600,000.00
Less Payments to Debtor :   369,327.73
_____
Net Estate :   $230,672.27

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******31-65 | 600,000.00 | 170.00 | 0.00 |
| Checking # ****721365 | 0.00 | 230,502.27 | 0.00 |
| | $600,000.00 | $230,672.27 | $0.00 |